| | |
|---|---|
| 1 | O. MISHELL P. TAYLOR, Bar No. 256850 |
| | mtaylor@littler.com |
| 2 | DENISE TRAN-NGUYEN, Bar No. 286672 |
| | dtrannguyen@littler.com |
| 3 | LITTLER MENDELSON, P.C. |
| | 501 W. Broadway, Suite 900 |
| 4 | San Diego, California 92101.3577 |
| | Telephone: 619.232.0441 |
| 5 | Facsimile:  619.232.4302 |
| 6 | Attorneys for Defendant |
| 7 | SSP AMERICA, INC., |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN DILLON, an individual, | Case No.  3:19-cv-01479-L-JLB |
| Plaintiff, | (San Diego Superior Court Case No. 37-2019-00029816-CU-WT-CTL) |
| v. | **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SSP AMERICA, INC.** |
| SSP AMERICA, INC., a California corporation, and DOES 1 through 25, Inclusive, | |
| Defendant. | **[FED. R. CIV. P. 7.1]** |

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT SSP AMERICA, INC.

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO PLAINTIFF:**

**PLEASE TAKE NOTICE THAT** Defendant SSP AMERICA, INC. ("Defendant") submits the following statement regarding financial interest pursuant to Federal Rule of Civil Procedure 7.1:

1. Defendant has no parent corporation.
2. There is no publicly held corporation owning 10% or more of Defendant's stock.

Dated: August 7, 2019

LITTLER MENDELSON, P.C.

By: */s/ Denise Tran-Nguyen*
O. MISHELL P. TAYLOR
DENISE TRAN-NGUYEN
Attorneys for Defendant
SSP AMERICA, INC.

FIRMWIDE:165014558.1 052440.1145

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SSP AMERICA, INC.   1.